UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

August 1, 2024

MEMORANDUM TO PARTIES RE:         Carroll v. Regency Management Services, LLC[1]
Civil Action No. GLR-23-2960

Dear Parties:

Today, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

On the call, the parties unanimously consented to a United States Magistrate Judge for all further proceedings. Accordingly, the Court will transfer the case to a United States Magistrate Judge for all further proceedings.

The Court will refer this case to a different United States Magistrate Judge for a mediation to be scheduled no earlier than October 3, 2024.

For the reasons stated on the call, Plaintiff Marvin Carroll's Motion to Appoint Counsel (ECF No. 30) is DENIED. The call will be made part of an informal court filing which can be available to the parties upon request.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly. The Clerk shall MAIL a copy of this order to Carroll and counsel of record.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge

---

[1] The Clerk shall UPDATE the docket to reflect Defendant's correct title from "Regency Furniture" to "Regency Management Services, LLC."